UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 22-CV-21684-JLK

MARCEL ROCHE-ESPINO,

    Plaintiff**,**

**v.**

ENID STULZ,

    Defendant.

_____/

### ORDER GRANTING MOTION TO REMAND

THIS CAUSE is before the Court upon the Parties' Joint Motion to Remand Application for Permanent Residence (DE 9), filed on August 30, 2022. After careful consideration, and the Court being otherwise fully advised, it is

**ORDERED, ADJUDGED, and DECREED** that:

1. The Joint Motion to Remand is **GRANTED**.

2. The above-styled case is remanded to USCIS to adjudicate Plaintiff's application for permanent residence under the Cuban Refugee Adjustment Act within sixty (60) days of the date of this Order.

3. The Clerk is hereby directed to transmit the file to USCIS and **DENY** any pending motions as **MOOT**.

4. All other pending deadlines are hereby **VACATED**.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 18th day of November, 2022.

*[signature: James Lawrence King]*

JAMES LAWRENCE KING
SENIOR UNITED STATES DISTRICT JUDGE

cc:    **All Counsel of Record**
        **Clerk of Court**